| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| THE TUROCI FIRM<br>Todd Turoci (State Bar No. 160059)<br>Dustin Nirschl (State Bar No. 326648)<br>3845 Tenth Street<br>Riverside, CA 92501<br>Telephone: 888-332-8362<br>Facsimile: 866-762-0618<br>Email: mail@theturocifirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff, Dani Transport Service, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>DANI TRANSPORT SERVICE, INC.<br><br>Debtor(s). | CASE NO.:    6:20-bk-11234-WJ<br>ADVERSARY NO.: 6:20-ap-01040-WJ<br>CHAPTER:    11 |
|---|---|
| DANI TRANSPORT SERVICE, INC.<br><br>Plaintiff(s).<br>vs.<br>DIESEL FUNDING, LLC<br><br>Defendant(s). | ~~JOINT~~ **UNILATERAL STATUS REPORT [LBR 7016-1(a)(23)]**<br><br>DATE:    07/02/2020<br>TIME:    10:30 a.m.<br>COURTROOM: Courtroom 304<br>ADDRESS:    3420 Twelfth Street<br>            Riverside, CA 92501 |

Plaintiff submits ~~The parties submit~~ the following ~~JOINT~~ UNILATERAL STATUS REPORT in accordance with LBR 7016-1(a)(23):

## A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☐ Yes  ☒ No
3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

    2. The Parties have reached a settlement. The Parties are reviewing the Settlement Agreement.

    3. A Motion for Order Approving Compromise of Controversy pursuant to FRBP 9019 will be filed once the Parties have completed review of the Settlement Agreement. Upon Court approval of the Motion, the Adversary Proceeding will be dismissed.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
    
    | Plaintiff | Defendant |
    |---|---|
    | If the Motion for approval of the Settlement Agreement is granted, this adversary case will be dismissed. | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | Plaintiff | Defendant |
    |---|---|
    | N/A | |

3. When do you expect to complete <u>your</u> discovery efforts?

    | Plaintiff | Defendant |
    |---|---|
    | N/A | |

4. What additional discovery do you require to prepare for trial?

    | Plaintiff | Defendant |
    |---|---|
    | N/A | |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    | Plaintiff | Defendant |
    |---|---|
    | N/A | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

    | Plaintiff | Defendant |
    |---|---|
    | N/A | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| N/A | |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested | Pretrial conference ☐ is ☒ is not requested |
| Reasons: | Reasons: |
| The Parties have reached a settlement | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

### E. SETTLEMENT:

1. What is the status of settlement efforts?

   The Parties have reached a settlement. A Motion for Order Approving Compromise of Controversy will be filed once Parties have completed review of the settlement agreement.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 3                    F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 6/14/20

THE TUROCI FIRM
Printed name of law firm

Signature

Todd Turoci
Printed name

Attorney for: Plaintiff, Dani Transport Service, Inc

Date: _____

Printed name of law firm

Signature

Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015             Page 4             F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/19/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com
- **Todd L Turoci**    mail@theturocifirm.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 06/19/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Wayne Johnson
Unites States Bankruptcy Court
3420 Twelfth Street, Ste. 384
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 06/19/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Attorney for Diesel Funding, LLC - bhirschhorn@sbagk.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/19/2020 | Dana Cormey | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**